UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOWELL DEQUINCY GREEN, TDJC No. 518622,  *Plaintiff,*  v.  TELFORD UNIT,  *Defendant.* | § § § § § § § § § § § Civil Action No. 3:24-CV-1974-X-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 4). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 12th day of September, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1